1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   SUSAN CHEN, et al.,                    CASE NO. C16-1877JLR

11                        Plaintiffs,       ORDER ON MOTION TO
                                            APPOINT COUNSEL
          v.
12
13   NATALIE D'AMICO,

14                        Defendant.

15        Before the court are Plaintiffs Susan Chen and Naixiang Li's motion to appoint

16   counsel.  (Mot. (Dkt. # 8).)  Plaintiffs are proceeding *pro se* (Compl. (Dkt. # 6)) and seek

17   a court-appointed attorney (*see* Mot.).  This District has implemented a plan for

18   court-appointed representation of civil rights litigants.  The plan requires the court to

19   assess a plaintiff's case before forwarding it to the Pro Bono Screening Committee for

20   further review and possible appointment of pro bono counsel.  *See* General Order, August

21   1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in

22   //

ORDER - 1

1    Civil Rights Actions).  In its initial assessment, the court evaluates the case to determine

2    that it is not frivolous and that the plaintiff is financially eligible.  *Id.*

3          Plaintiffs have not attached to their motion a "completed copy of an affidavit of

4    financial status."  *Id.*, Section 3(a); (*see also* Mot.)  The court therefore cannot fully

5    assess whether the court should forward Plaintiffs' motion to the Pro Bono Screening

6    Committee for further review.  For this reason, the court ORDERS Plaintiffs to file an

7    affidavit detailing their financial status no later than 14 days after the entry of this order.

8    Failure to do so will result in the court denying Plaintiffs' motion to appoint counsel.

9          Dated this 29th day of March, 2017.

10

11

12                                        JAMES L. ROBART
                                          United States District Judge
13

14

15

16

17

18

19

20

21

22