UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | CASE NO. C16-1877JLR |
| Plaintiffs, | ORDER |
| v. | |
| NATALIE D'AMICO, | |
| Defendant. | |

Before the court is Plaintiff Susan Chen's motion to appoint counsel. (Mot. (Dkt. # 10).) Ms. Chen, who is proceeding *pro se* (Compl. (Dkt. # 6)), seeks a court-appointed attorney (*see* Mot.). On April 17, 2017, pursuant to the Western District of Washington's plan for court-appointed representation of civil rights litigants, the court concluded that Ms. Chen had demonstrated an adequate basis to refer her case to the Screening Committee. (*See* 4/17/17 Order (Dkt. # 12) (citing General Order, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil

//

ORDER - 1

Rights Actions)).) The Screening Committee has recommended the appointment of counsel.

No later than June 30, 2017, the court DIRECTS the Clerk to identify counsel from the Pro Bono Panel who is willing to represent Ms. Chen in this action. If the Clerk timely identifies pro bono counsel, the court will issue an order of appointment. If the Clerk cannot within that timeframe locate counsel who is willing to represent Ms. Chen on a pro bono basis, the court will be unable to appoint counsel. The court DIRECTS the Clerk to send a copy of this order to Ms. Chen and to the Western District of Washington's Pro Bono Coordinator. Finally, the court DIRECTS the Clerk to renote Ms. Chen's motion for appointment of counsel (Dkt. # 10) for June 30, 2017.

Dated this 23rd day of May, 2017.

JAMES L. ROBART
United States District Judge