UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>NATALIE D'AMICO,<br><br>    Defendant. | CASE NO. C16-1877JLR<br><br>ORDER TO SHOW CAUSE |
| SUSAN CHEN, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>THE CITY OF REDMOND,<br><br>    Defendant. | CASE NO. C17-0569JLR |

//

//

//

ORDER - 1

| | |
|---|---|
| 1 | On June 21, 2017, the Honorable Chief Judge Ricardo S. Martinez transferred |
| 2 | *Chen, et al. v. The City of Redmond*, No. C17-0569JLR (W.D. Wash.), to the undersigned |
| 3 | judge as related to this matter. *See Chen, et al. v. The City of Redmond*, |
| 4 | No. C17-0569JLR, Dkt. # 14 (W.D. Wash.). In both matters, Plaintiffs allege claims |
| 5 | under 42 U.S.C. § 1983 relating to a Child Protective Services investigation involving the |
| 6 | City of Redmond Police Department. (*See* SAC (Dkt. # 6)); *Chen*, No. C17-0569JLR, |
| 7 | Dkt. # 1 (Compl.). Accordingly, the court ORDERS Plaintiffs and Defendants to both |
| 8 | actions to show cause why this matter should not be consolidated with *Chen, et al. v. The* |
| 9 | *City of Redmond*, No. C17-0569JLR pursuant to Federal Rule of Civil Procedure 42(a). |
| 10 | No later than Monday, July 10, 2017, the parties must file responses of no more than five |
| 11 | (5) pages each. Because Ms. Chen is now represented by counsel in this matter (*see* Am. |
| 12 | Order of Appt. (Dkt. # 15)), she may not file a response on her own behalf, Local Rules |
| 13 | W.D. Wash. LCR 83.2(b)(5) ("When a party is represented by an attorney of record in a |
| 14 | case, the party cannot appear or act on his or her own behalf in that case . . . ."). |
| 15 | Dated this 26th day of June, 2017. |

JAMES L. ROBART
United States District Judge