1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN, ET AL.,

Plaintiffs,

vs.

NATALIE D'AMICO, et al.,

Defendants.

CIVIL ACTION NO. 16-cv-01877-JLR

**STIPULATION AND PROPOSED
ORDER TO EXTEND CASE
DEADLINES**

**Note on Motion Calendar:
August 14, 2017**

Plaintiff Susan Chen and Defendant Natalie D'Amico, and Defendant City of Redmond (the only defendants to have appeared in this action) (collectively, the "Parties") hereby submit this Stipulated Motion to Extend Case Deadlines ("Stipulated Motion") to extend by 60 days the deadlines stated in the Court's Order of July 5, 2017 (ECF No. 20).

The Parties stipulate and agree that in view of the recent appointment of pro bono counsel for Plaintiff Chen, the recent addition of new defendants in the Amended Complaint filed on August 9, 2017 (ECF No. 21), the time needed to effectuate service of process on the new defendants, and the need to meet and confer with these new defendants in planning discovery and case scheduling, the Parties stipulate and agree that there is good cause to extend by 60 days

STIPULATION AND ORDER TO EXTEND CASE
DEADLINES - 1
16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  all deadlines stated in the Court's Order of July 5, 2017.[1]

2      Defendants do not waive any defenses by agreeing to the terms of this Stipulated Motion.

3      **NOW THEREFORE**, the Parties jointly move the Court for entry of the Proposed Order

4  below to extend case deadlines.

5      Stipulated and respectfully submitted this 14th day of August, 2017.

6

7                                    **DORSEY & WHITNEY LLP**

8                                    By: /s/Shawn Larsen-Bright
                                         Shawn Larsen-Bright, WSBA # 37066
9                                        T. Augustine Lo, WSBA # 48060
                                         701 Fifth Avenue, Suite 6100
10                                       Seattle, WA 98104
                                         Tel. 206-903-8825
11                                       larsen.bright.shawn@dorsey.com
                                         lo.augustine@dorsey.com
12                                       *Attorneys for Plaintiff Susan Chen*

13

14                                   **OGDEN MURPHY WALLACE, PLLC**

15                                   By: /s/Aaron P. Riensche, per email auth.
                                         Aaron P. Riensche
16                                       Geoff Bridgman
                                         901 Fifth Avenue, Suite 3500
17                                       Seattle, WA 98164
                                         Tel. 206-447-7000
18                                       ariensche@omwlaw.com
                                         gbridgman@omwlaw.com
19                                       *Attorneys for Defendants Natalie D'Amico*
                                         *and City of Redmond*
20

21

22

23

24

25  [1] Co-Plaintiff Naixiang Lian indicated by email on August 11, 2017 that he does not object to this proposed extension.

STIPULATION AND ORDER TO EXTEND CASE
DEADLINES - 2
16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

**[PROPOSED] ORDER**

2

    The Court, having considered the Stipulated Motion to Extend Case Deadlines, and

3

finding good cause to extend case deadlines by 60 days, hereby **ORDERS** a 60 day extension of

4

the deadlines stated in the Court's Order of July 5, 2017, as follows:

5

6

    1.  Fed. R. Civ. P. 26(f) Conference Deadline:  October 16, 2017

7

    2.  Initial Disclosure Deadline:  October 23, 2017

8

    3.  Joint Status Report Due:  October 30, 2017

9

**IT IS SO ORDERED.**

10

11

Dated this 15th day of August, 2017

12

Hon. James L. Robart
United States District Judge

13

Presented by:

14

DORSEY & WHITNEY LLP

15

*/s/Shawn Larsen-Bright*

16

Shawn Larsen-Bright, WSBA # 37066
T. Augustine Lo, WSBA # 48060

17

701 Fifth Avenue, Suite 6100
Seattle, WA 98104

18

Tel. 206-903-8825

19

larsen.bright.shawn@dorsey.com
lo.augustine@dorsey.com

20

21

*Attorneys for Plaintiff Susan Chen*

22

23

24

25

STIPULATION AND ORDER TO EXTEND CASE
DEADLINES - 3
16-cv-01877-JLR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1
2   OGDEN MURPHY WALLACE, PLLC

3   /s/Aaron P. Riensche, per email auth.
    Aaron P. Riensche
4   Geoff Bridgman
    901 Fifth Avenue, Suite 3500
5   Seattle, WA 98164
    Tel. 206-447-7000
6   ariensche@omwlaw.com
7   gbridgman@omwlaw.com

8   *Attorneys for Defendants Natalie D'Amico
    and City of Redmond*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER TO EXTEND CASE
DEADLINES - 4
16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| Aaron P. Riensche<br>Geoff Bridgman<br>Ogden Murphy Wallace, P.L.L.C.<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164<br>Tel: 206-447-7000<br>ariensche@omwlaw.com<br>gbridgman@omwlaw.com<br><br>Attorneys for Defendant Natalie D'Amico | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
|---|---|
| Naixiang Lian<br>PO BOX 134<br>Redmond, Washington 98073 | ☐ Via Messenger<br>☐ Via Facsimile<br>☒ Via U.S. Mail<br>☐ Via Electronic Mail<br>☐ Via ECF Notification |

Dated this 14th day of August, 2017.

/s/Natasha Johnston
Natasha Johnston, Legal Assistant

STIPULATION AND ORDER TO EXTEND CASE
DEADLINES - 5
16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820