UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATALIE D'AMICO, et al.,<br><br>    Defendants. | NO. 16-CV-01877-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CITY OF REDMOND'S MOTION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT |

THIS MATTER, having come on regularly for hearing upon Defendant City of Redmond's Motion to Extend Time to Answer Amended Complaint, and the Court, having considered the pleadings, records, and files herein, including:

1. Defendant City of Redmond's Motion to Extend Time to Answer Amended Complaint;

2. Defendant City of Redmond's Motion to Strike Plaintiffs' Amended Complaint;

3. _____;

4. _____;

5. _____;

6. _____.

and the Court, being otherwise fully advised in the premises; Now, Therefore,

{APR1619697.DOCX;1/00020.050349/ }
[PROPOSED] ORDER GRANTING DEFENDANT CITY OF REDMOND'S
MOTION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT - 1
16-CV-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant City of
2  Redmond's Motion to Motion to Extend Time to Answer Amended Complaint is GRANTED.
3  Defendant City of Redmond's Answer to Plaintiffs' Amended Complaint is not due until fourteen
4  days after the Court issues a ruling on Defendant City of Redmond's Motion to Strike Plaintiffs'
5  Amended Complaint.
6  DONE IN OPEN COURT this 5th day of September, 2017.

*[signature]*
The Honorable James L. Robart

Presented by:

OGDEN MURPHY WALLACE, P.L.L.C.

By   s/Daniel Shickich
     Aaron P. Riensche, WSBA #37202
     Daniel Shickich, WSBA #46479
     Attorneys for Defendant
     City of Redmond

{APR1619697.DOCX;1/00020.050349/ }
[PROPOSED] ORDER GRANTING DEFENDANT CITY OF REDMOND'S
MOTION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT - 2
16-CV-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215