UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATALIE D'AMICO, et al.,<br><br>Defendants. | NO. 16-CV-01877-JLR<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AMENDED COMPLAINT |

## I. **STIPULATION**

Plaintiff Susan Chen and Defendants Natalie D'Amico, Redmond Police Department, Ron Gibson, and Kristi Wilson hereby stipulate that these defendants' answers to the Amended Complaint are not due until fourteen days after this Court rules on Defendant City of Redmond's Motion to Strike the Amended Complaint (Dkt. No. 33). The answers of the Redmond Police Department, Ron Gibson, and Kristi Wilson are currently due on October 10, 2017. The requested extension is identical to the extension this Court previously granted to Defendant City of Redmond (Dkt. No. 34). Natalie D'Amico's answer is currently due on November 13, 2017. These parties further stipulate that in no case will Natalie D'Amico's answer be due before its current due date.

//

//

{APR1632911.DOCX;1/00020.050349/ }
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
ANSWER AMENDED COMPLAINT - 1
16-CV-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 5th day of October, 2016.

OGDEN MURPHY WALLACE, P.L.L.C.

By: s/Aaron P. Riensche
Aaron P. Riensche, WSBA #37202
Geoff J. Bridgman, WSBA #25242
Daniel F. Shickich, WSBA #46479
901 Fifth Avenue, Suite 3500
Seattle, WA 98164
Tel: 206.447.7000 Fax: 206.447.0215
Attorneys for Defendants
Natalie D'Amico, City of Redmond, Redmond Police Department, Ron Gibson, and Kristi Wilson

DORSEY & WHITNEY LLP

By: s/Shawn Larsen-Bright
Shawn Larsen-Bright, WSBA # 37066
T. Augustine Lo, WSBA # 48060
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel. 206-903-8825
larsen.bright.shawn@dorsey.com
lo.augustine@dorsey.com
Attorneys for Plaintiff Susan Chen

{APR1632911.DOCX;1/00020.050349/ }
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
ANSWER AMENDED COMPLAINT - 2
16-CV-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## II. ~~[PROPOSED]~~ ORDER

Having considered the foregoing stipulation, the Court hereby ORDERS as follows:

(1) Defendants' Redmond Police Department, Ron Gibson, and Kristi Wilson answers to the amended complaint are not due until fourteen days after this Court rules on Defendant City of Redmond's pending motion to strike the amended complaint (Dkt. No. 33).

(2) Defendant Natalie D'Amico's answer to the amended complaint is not due until fourteen days after this Court rules on Defendant City of Redmond's pending motion to strike the amended complaint (Dkt. No. 33), but in no case before November 13, 2017.

DONE IN OPEN COURT this 9th day of October, 2017.

_____
The Honorable James L. Robart

Presented by:

OGDEN MURPHY WALLACE, P.L.L.C.

By: s/Aaron P. Riensche
Aaron P. Riensche, WSBA #37202
Daniel Shickich, WSBA #46479
Attorneys for Defendants
Natalie D'Amico, City of Redmond,
Redmond Police Department, Ron
Gibson, and Kristi Wilson

DORSEY & WHITNEY LLP

By: s/Shawn Larsen-Bright
Shawn Larsen-Bright, WSBA # 37066
T. Augustine Lo, WSBA # 48060
Attorneys for Plaintiff Susan Chen

{APR1632911.DOCX;1/00020.050349/ }
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
ANSWER AMENDED COMPLAINT - 3
16-CV-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215