Hon. James R. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SUSAN CHEN, et al., | NO: 16-01877-JLR |
| Plaintiffs, | |
| v. | STIPULATED MOTION TO EXTEND CASE DEADLINES AND [PROPOSED] ORDER |
| NATALIE D'AMICO, et al., | |
| Defendants. | NOTE FOR HEARING: 10/16/17 |

COME NOW Plaintiff Susan Chen and Defendants, by and through their respective counsel of record, and jointly request the Court to enter an Order continuing deadlines based upon the following:

**STIPULATION**

1. By Order of August 15, 2017 (Dkt. #28), the Court established today, October 16, 2017, as the deadline for completion of the conference of counsel required by Fed. R. Civ. P. 26(f), with Initial Disclosures due October 23, 2017, and the Joint Status Report due October 30, 2017;

2. Various defendants appeared and waived service after the Court established the above-referenced deadline;

STIPULATED MOT. TO EXTEND CASE
DEADLINES AND [PROPOSED] ORDER
NO. 16-01877-JLR

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

3. ~~A~~ *the court has ruled on* motion to Strike the Amended Complaint (Dkt. #33) ~~is currently pen~~ding; #53 a ruling thereon may affect the scope of the conference of counsel; and

4. The parties hereto stipulate to extending the deadline: for the Fed. R. Civ. P. 26(f) conference of counsel to Monday, November 6, 2017; for Initial Disclosures to Monday, November 13, 2017; and for the Joint Status Report to Monday, November 20, 2017.

DATED THIS 16th day of October, 2017.

| DORSEY & WHITNEY LLP | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By: *s/ Shawn Larsen-Bright*<br>Shawn Larsen-Bright, WSBA #37066<br>T. Augustine Lo, WSBA #48060<br>701 Fifth Ave, Ste 6100<br>Seattle WA 98104<br>Tel: 206-903-8825<br>*Attorneys for Plaintiff Chen* | By: *s/ Aaron P. Riensche*<br>Aaron P. Riensche, WSBA #37202<br>Geoff Bridgman, WSBA #25242<br>Daniel F. Shickich,, WSBA 46479<br>901 Fifth Ave, Ste 3500<br>Seattle WA 98164<br>Tel: 206-447-7000<br>*Attorneys for Defendants D'Amico, City of Redmond, Redmond Police Dept., Gibson and Wilson* |

ROBERT W. FERGUSON
Attorney General

By: *s/ Scott M. Barbara*
Scott M. Barbara, WSBA No. 20885
800 Fifth Ave, Ste 2000
Seattle WA 98104
Tel: 206-464-7352
*Attorneys for Defendants DSHS, Quigley, Moss, Danner, Kegel, Soule and Earwood*

STIPULATED MOT. TO EXTEND CASE
DEADLINES AND [~~PROPOSED~~] ORDER
NO. 16-01877-JLR

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

[~~PROPOSED~~] ORDER

It is so Ordered.

Dated this 17th day of October, 2017.

_____
JAMES L. ROBART
United States District Judge

Jointly Presented By:

DORSEY & WHITNEY LLP

By: _s/ Shawn Larsen-Bright_
Shawn Larsen-Bright, WSBA #37066
T. Augustine Lo, WSBA #48060
701 Fifth Ave, Ste 6100
Seattle WA 98104
Tel: 206-903-8825
*Attorneys for Plaintiff Susan Chen*

OGDEN MURPHY WALLACE, PLLC

By: _s/ Aaron P. Riensche_
Aaron P. Riensche, WSBA #37202
Geoff Bridgman, WSBA #25242
Daniel F. Shickich,, WSBA 46479
901 Fifth Ave, Ste 3500
Seattle WA 98164
Tel: 206-447-7000
*Attorneys for Defendants Natalie D'Amico, City of Redmond, Redmond Police Dept, Ron Gibson and Kristi Wilson*

ROBERT W. FERGUSON
Attorney General

By: _s/ Scott M. Barbara_
Scott M. Barbara, WSBA No. 20885
800 Fifth Ave, Ste 2000
Seattle WA 98104
Tel: 206-464-7352
*Attorneys for Defendants Kevin Quigley, Bill Moss, Kimberly Danner, Jill Kegel, Tom Soule, Timothy Earwood*

STIPULATED MOT. TO EXTEND CASE DEADLINES AND [~~PROPOSED~~] ORDER
NO. 16-01877-JLR

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# DECLARATION OF SERVICE

I hereby declare that on this 16th day of October, 2017, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will also send notification of such filing to the following parties:

>    Aaron P. Riensche – ariensche@omwlaw.com
>    Geoff Bridgman – gbridgman@omwlaw.com
>    Daniel F. Shickich, - dshickich@omwlaw.com
>    *Attorneys for Redmond Defendants*
>
>    Shawn Larsen-Bright – Larsen.bright.shawn@dorsey.com
>    Nathan Alexander – alexander.nathan@dorsey.com
>    T. Augustine Lo – lo.augustine@dorsey.com
>    Sarah Cox – cox.sarah@dorsey.com
>    *Attorneys for Plaintiff Chen*

I also caused the foregoing document to be mailed, first-class postage prepaid, to:

>    Naixiang Lian
>    PO Box 134
>    Redmond, WA 98073
>    *Pro Se Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct.

>    *s/ Scott M. Barbara*
>    SCOTT M. BARBARA, WSBA No. 20885
>    Assistant Attorney General
>    800 5th Ave, Ste 2000
>    Seattle, WA 98104
>    Tel: 206-464-7352
>    Fax: 206-587-4229
>    Email: scottb2@atg.wa.gov

STIPULATED MOT. TO EXTEND CASE
DEADLINES AND [PROPOSED] ORDER
NO. 16-01877-JLR

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352