UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATALIE D'AMICO, et al., <br><br> Defendants. | CASE NO. C16-1877JLR <br><br> ORDER ON MOTION TO CLARIFY |

Before the court is Plaintiffs Susan Chen, Naixiang Lian, J.L., and L.L.'s (collectively, "Plaintiffs") motion to clarify the court's October 16, 2017, order. (Mot. (Dkt. # 57); 10/16/17 Order (Dkt. # 53).) Plaintiffs seek clarification that the court's order striking their amended complaint applied only to their allegations and claims against Defendant City of Redmond ("the City"). (Mot. at 1; *see also* FAC (Dkt. # 21).) The court CLARIFIES that its ruling extended only to striking Plaintiffs' allegations and claims against the City and to Paragraph 23 of the complaint as to all defendants. (*See* 10/16/17 Order at 4 (noting that Plaintiffs amended their complaint as of right against

other defendants), 5; Mot. at 4-5.)  The court's clarification is without prejudice, however, to any other defendant raising any issues with the operative complaint.

Dated this 22nd day of October, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2