HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, an individual; NAIXIANG LIAN, an individual; J.L., a minor child; and L.L., a minor child;<br><br>Plaintiffs,<br><br>vs.<br><br>NATALIE D'AMICO, in her individual capacity and official capacity as Redmond Police Department ("RPD") officer; CITY OF REDMOND, a municipality of State of Washington; REDMOND POLICE DEPARTMENT, an instrumentality of City of Redmond; RON GIBSON, in his individual capacity and official capacity as former chief of RPD; KRISTI WILSON, in her individual capacity, previous official capacity as assistant chief of RPD; JOHN DOES A-D, in his individual capacity and official capacity as unknown supervisor of Natalie D'Amico in RPD; Washington State Department of Social and Health Services ("DSHS"); KEVIN W. QUIGLEY, in his individual capacity and in his official capacity as former Washington State Secretary of DSHS; BILL MOSS, in his individual capacity and in his official capacity as Washington State Acting Secretary of DSHS; KIMBERLY R. DANNER, in her individual capacity and official capacity as DSHS social worker; JILL KEGEL, in her individual capacity and official capacity as DSHS social worker; | CIVIL ACTION NO. 16-cv-01877-JLR<br><br>[~~PROPOSED~~]<br>**ORDER APPOINTING LITIGATION GUARDIAN AD LITEM** |

ORDER APPOINTING
LITIGATION GUARDIAN AD LITEM - 1
16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

TOM SOULE, in his individual capacity and official capacity as DSHS social worker; TIMOTHY EARWOOD, in his individual capacity and official capacity as DSHS social worker; JOHN DOES E through H, in their individuals capacities and official capacities as supervisors of DSHS social workers,

Defendants.

THIS MATTER came before the Court upon the application of Petitioner Susan (Shiying) Chen ("Ms. Chen") for appointment as Litigation Guardian for Petitioner's minor child, J.L.

The court finds that J.L. is a minor under the age of fourteen years and may appear in this cause through a Litigation Guardian. The Court also finds that Ms. Chen is a proper and responsible person to be appointed as Litigation Guardian for the purpose of instituting and prosecuting this action on J.L.'s behalf, *and finds no conflict between the interests of Ms. Chen and J.L.*

NOW, THEREFORE, IT IS ORDERED:

Pursuant to Fed.R.Civ.P. 17(c), the Court appoints Susan (Shiying) Chen as Litigation Guardian for purposes of pursuing J.L.'s claims herein.

In the event there is a settlement offer, counsel for Petitioner shall seek the appointment of a settlement guardian ad litem under LCR 17(c).

DATED this 30th day of October, 2017.

By: _____
Hon. James L. Robart
United States District Judge

ORDER APPOINTING
LITIGATION GUARDIAN AD LITEM - 2
16-cv-01877-JLR

Presented by:

**DORSEY & WHITNEY LLP**

*/s/ T. Augustine Lo*
Shawn Larsen-Bright, WSBA # 37066
Nathan Alexander, WSBA #37040
T. Augustine Lo, WSBA # 48060
Sarah Cox, WSBA #46703
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel. 206-903-8800
larsen.bright.shawn@dorsey.com
alexander.nathan@dorsey.com
lo.augustine@dorsey.com
cox.sarah@dorsey.com

*Attorneys for Plaintiff Susan Chen*

ORDER APPOINTING
LITIGATION GUARDIAN AD LITEM - 3
16-cv-01877-JLR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820