UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, an individual; NAIXIANG LIAN, an individual; J.L., a minor child; and L.L., a minor child,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>NATALIE D'AMICO, in her individual capacity and official capacity as Redmond Police Department ("RPD") officer; CITY OF REDMOND, a municipality of State of Washington; REDMOND POLICE DEPARTMENT, an instrumentality of City of Redmond; RON GIBSON, in his individual capacity and official capacity as former chief of RPD; KRISTI WILSON, in her individual capacity, previous official capacity as assistant chief of RPD; JOHN DOES A-D, in his individual capacity and official capacity as unknown supervisor of Natalie D'Amico in RPD; Washington State Department of Social and Health Services ("DSHS"); KEVIN W. QUIGLEY, in his individual capacity and in his official capacity as former Washington State Secretary of DSHS; BILL MOSS, in his individual capacity and in his official | No. 2:16-cv-01877 JLR<br><br>~~(PROPOSED)~~ ORDER APPOINTING LITIGATION GUARDIAN AD LITEM  |

*(PROPOSED)* ORDER APPOINTING LITIGATION
GUARDIAN AD LITEM - 1
2:16-cv-01877-JLR

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

| | |
|---|---|
| 1 | capacity as Washington State Acting Secretary of DSHS; KIMBERLY R. DANNER, in her individual capacity and official capacity as DSHS social worker; JILL KEGEL, in her individual capacity and official capacity as DSHS social worker; TOM SOULE, in his individual capacity and official capacity as DSHS social worker; TIMOTHY EARWOOD, in his individual capacity and official capacity as DSHS social worker; JOHN DOES E through H, in their individual capacities and official capacities as supervisors of DSHS social workers, |
| | Defendants. |

THIS MATTER came before the Court upon the application of Petitioner Naixiang Lian for appointment as Litigation Guardian for Petitioner's minor child, L.L.

The court finds that L.L. is a minor under the age of fourteen years and may appear in this cause through a Litigation Guardian. The Court also finds that Naixiang Lian is a proper and responsible person to be appointed as Litigation Guardian for the purpose of instituting and prosecuting this action on L.L.'s behalf, *and finds no conflict of interest between Mr. Lian and L.L.* [initialed: JLR]

NOW, THEREFORE, IT IS ORDERED:

Pursuant to Fed.R.Civ.P. 17(c), the Court appoints Naixiang Lian as Litigation Guardian for purposes of pursuing L.L.'s claims herein.

In the event there is a settlement offer, Counsel for Petitioner shall seek the appointment of a settlement guardian ad litem under Local Rule W.D. Wash. 17(c).

*(PROPOSED)* ORDER APPOINTING LITIGATION GUARDIAN AD LITEM - 2
2:16-cv-01877-JLR

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

DATED this 30th day of October, 2017.

By: _____
JUDGE JAMES L. ROBART

Presented by:

MYERS & COMPANY, P.L.L.C.

Attorneys for Plaintiff Naixiang Lian

By: _____
Michael David Myers
WSBA No. 22486
mmyers@myers-company.com
Myers & Company, P.L.L.C.
1530 Eastlake Avenue East
Seattle, Washington 98102
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

*(PROPOSED)* ORDER APPOINTING LITIGATION
GUARDIAN AD LITEM - 3
2:16-cv-01877-JLR

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188