HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> NATALIE D'AMICO, et al., <br><br> Defendants. | CIVIL ACTION NO. 16-cv-01877-JLR <br><br> **STIPULATED MOTION AND ORDER FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

Pursuant to F.R.C.P. 15(a)(2) and LCR 15, Plaintiffs, by and through their counsel of record, hereby respectfully submit this Stipulated Motion for Leave to File Fourth Amended Complaint. All opposing parties, by and through their counsel of record, have provided their written consent to the filing of the proposed Fourth Amended Complaint and hereby stipulate to its filing, without waiver of all arguments available to them as to the claims and allegations asserted therein.

Pursuant to LCR 15, the proposed amended pleading is attached as **Exhibit A** hereto and a redline indicating how the proposed amended pleading differs from the operative complaint (the Third Amended Complaint, Dkt. #91) is attached as **Exhibit B** hereto.

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT    - 1 -
16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 27, 2018.

| DORSEY & WHITNEY LLP | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| /s/ Shawn Larsen-Bright<br>Shawn Larsen-Bright, WSBA # 37066<br>Nathan Alexander, WSBA #37040<br>T. Augustine Lo, WSBA # 48060<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>Tel. 206-903-8800<br>E: larsen.bright.shawn@dorsey.com<br>E: alexander.nathan@dorsey.com<br>E: lo.augustine@dorsey.com<br>*Court-Appointed Attorneys for Plaintiff Susan Chen, individually, and as FRCP 17 Guardian Ad Litem for Plaintiff JL* | /s/ Aaron P. Riensche, per email auth.<br>Aaron P. Riensche, WSBA No. 37202<br>Geoff J. M. Bridgman, WSBA No. 25242<br>Daniel F. Shickich, WSBA No. 46479<br>901 5th Ave., Ste. 3500<br>Seattle, WA 98164-2008<br>Tel. 206-447-7000<br>E: ariensche@omwlaw.com<br>E: gbridgman@omwlaw.com<br>E: dshickich@omwlaw.com<br>*Counsel for Defendants City of Redmond, Natalie D'Amico, Redmond Police Department, Ron Gibson, and Kristi Wilson* |
| MYERS & COMPANY, PLLC | ASSISTANT ATTORNEY GENERAL |
| /s/ Michael David Myers, per email auth.<br>Michael David Myers, WSBA No. 22486<br>1530 Eastlake Avenue East<br>Seattle, Washington 98102<br>Tel. (206) 398-1188<br>E: mmyers@myers-company.com<br>*Attorneys for Plaintiff Naixiang Lian, individually, and as FRCP 17 Guardian Ad Litem for Plaintiff LL* | /s/ Scott M. Barbara, per email auth.<br>Scott M. Barbara, WSBA No. 20885<br>Torts Division, Seattle<br>800 5th Ave., Ste. 2000<br>Seattle, WA 98104<br>Tel. (206) 389-2033<br>E: scottb2@atg.wa.gov<br>*Counsel for DSHS, Kimberly Danner, Timothy Earwood, Jill Kegel, Bill Moss, Kevin Quigley, and Tom Soule* |

STIPULATED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT - 2 -
16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
   (Dkt. # 94-1)
2  Plaintiffs must file and serve the amended pleading on all parties within fourteen (14) days
   ∧
3  of the filing of this Order.

4  DATED: July 30, 2018

                                    _____
                                    THE HONORABLE JAMES L. ROBART
                                    UNITED STATES DISTRICT COURT JUDGE

JLR

STIPULATED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT          - 3 -
16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| Counsel | Method |
|---|---|
| Aaron P. Riensche, WSBA No. 37202<br>Geoff J. M. Bridgman, WSBA No. 25242<br>Daniel F. Shickich, WSBA No. 46479<br>OGDEN MURPHY WALLACE, PLLC<br>901 5th Ave., Ste. 3500<br>Seattle, WA 98164-2008<br>T: 206-447-7000<br>F: 206-447-0215<br>E: ariensche@omwlaw.com<br>E: gbridgman@omwlaw.com<br>E: dshickich@omwlaw.com<br>*Counsel for Defendants City of Redmond, Natalie D'Amico, Redmond Police Department, Ron Gibson, and Kristi Wilson* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Michael David Myers, WSBA No. 22486<br>MYERS & COMPANY, PLLC<br>1530 Eastlake Avenue East<br>Seattle, Washington 98102<br>Tel. (206) 398-1188<br>E: mmyers@myers-company.com<br>*Attorneys for Plaintiff Naixiang Lian, individually, and as FRCP 17 Guardian Ad Litem for LL* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Scott M. Barbara, WSBA No. 20885<br>ASSISTANT ATTORNEY GENERAL<br>Torts Division, Seattle<br>800 5th Ave., Ste. 2000<br>Seattle, WA 98104<br>Phone: (206) 389-2033 / 206-464-7352<br>Fax: (206) 587-4229<br>E: scottb2@atg.wa.gov<br>*Counsel for DSHS, Kimberly Danner, Timothy Earwood, Jill Kegel, Bill Moss, Kevin Quigley, and Tom Soule* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

Dated this 27th day of July, 2018.

*/s/ Molly Price*
Molly Price

STIPULATED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT   - 4 -
16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820