HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN, et al.,

    Plaintiffs,

v.

NATALIE D'AMICO, et al.,

    Defendants.

NATALIE D'AMICO, et al.,

    Counterclaimants,

v.

SUSAN CHEN, et al.,

    Counter Defendants.

NO. 2:16-cv-01877-JLR

[PROPOSED] ORDER GRANTING CITY DEFENDANTS' MOTION TO SEAL

This matter came before the Court on the City Defendants' Motion to Seal ("City Defendants' Motion").

The Court has considered the following:

1. City Defendants' Motion to Seal;
2. Declaration of Natalie D'Amico with attached exhibits;
3. Declaration of Aaron Riensche with attached exhibits;
4. _____;

{APR1820748.DOCX;1/00020.050349/ }
[PROPOSED] ORDER GRANTING CITY DEFENDANTS' MOTION
TO SEAL - 1
NO. 2:16-cv-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

5. _____; and

6. _____.

The Court now rules as follows:

The City Defendants' Motion is GRANTED. Exhibits H–Q to the Declaration of Natalie D'Amico and Exhibits 8–18 to the Declaration of Aaron Riensche may be filed under seal.

DATED this 11th day of November, 2018.

By _____
UNITED STATES DISTRICT JUDGE

Proposed by:
Aaron P. Riensche, WSBA #37202
Geoff J. M. Bridgman, WSBA #25242
Daniel F. Shickich, WSBA #46479
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215
Attorneys for City Defendants

{APR1820748.DOCX;1/00020.050349/}
[PROPOSED] ORDER GRANTING CITY DEFENDANTS' MOTION TO SEAL - 2
NO. 2:16-cv-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215