HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN et al.,

    Plaintiffs,

vs.

NATALIE D'AMICO, et al.,

    Defendants.

CIVIL ACTION NO. 2:16-cv-01877-JLR

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

THIS MATTER having come before this Court on Plaintiff Susan Chen's Motion to Seal ("Plaintiff's Motion");

The Court has considered the following:

1. Plaintiff's Motion to Seal;

2. Declaration of Twyla Carter with attached exhibits;

3. Declaration of John A. Green, M.D. with attached exhibits;

4. Declaration of T. Augustine Lo with attached exhibits;

5. _____;

6. _____;

Now, therefore, IT IS HEREBY ORDERED as follows:

Plaintiff's Motion is GRANTED. Exhibit A to the Declaration of Twyla Carter (DKT #128), Exhibits A – D to the Declaration of John A. Green, M.D. (DKT #130), and Exhibits B – M, R, and S to the Declaration of T. Augustine Lo (DKT 133) may be filed under seal.

ORDER GRANTING PLAINTIFF CHEN'S MOTION
TO SEAL - 1
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

IT IS SO ORDERED this 23rd day of Dec., 2018.

_____
Honorable James L. Robart

Presented by:

DORSEY & WHITNEY LLP

*/s/ Shawn Larsen-Bright*
Shawn Larsen-Bright, WSBA # 37066
Nathan Alexander, WSBA #37040
T. Augustine Lo, WSBA # 48060
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel. 206-903-8800
larsen.bright.shawn@dorsey.com
alexander.nathan@dorsey.com
lo.augustine@dorsey.com

*Attorneys for Plaintiff Susan Chen, individually, as a parent/gaurdian for J.L. and L.L., and as FRCP 17(c) Guardian Ad Litem for J.L.*

ORDER GRANTING PLAINTIFF CHEN'S MOTION
TO SEAL - 2
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Aaron P. Riensche, WSBA No. 37202<br>Geoff J. M. Bridgman, WSBA No. 25242<br>Daniel F. Shickich, WSBA No. 46479<br>OGDEN MURPHY WALLACE, PLLC<br>901 5th Ave., Ste. 3500<br>Seattle, WA 98164-2008<br>T: 206-447-7000<br>F: 206-447-0215<br>E: ariensche@omwlaw.com<br>E: gbridgman@omwlaw.com<br>E: dshickich@omwlaw.com<br>E: chenry@omwlaw.com<br>E: dsnair@omwlaw.com<br><br>*Counsel for Defendants City of Redmond and Natalie D'Amico* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Michael David Myers, WSBA No. 22486<br>**MYERS & COMPANY, PLLC**<br>1530 Eastlake Avenue East<br>Seattle, Washington 98102<br>Tel. (206) 398-1188<br>E: mmyers@myers-company.com<br>E: tpak@myers-company.com<br><br>*Attorneys for Plaintiff Naixiang Lian, individually, as a parent/guardian for JL and LL, and as FRCP 17(c) Guardian Ad Litem for LL* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Scott M. Barbara, WSBA No. 20885<br>**ASSISTANT ATTORNEY GENERAL**<br>Torts Division, Seattle<br>800 5th Ave., Ste. 2000<br>Seattle, WA 98104<br>Phone: (206) 389-2033 / 206-464-7352<br>Fax: (206) 587-4229<br>E: scottb2@atg.wa.gov<br>E: TORSeaEF@atg.wa.gov<br>E: stephanied1@atg.wa.gov<br>E: MonicaT@ATG.WA.GOV<br><br>*Counsel for DSHS employees: Kimberly Danner, Timothy Earwood, Jill Kegel, Bill Moss, Kevin Quigley, and Tom Soule* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

Dated this 17th day of December, 2018.

/s/Molly Price
Molly Price, Legal Assistant

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

ORDER GRANTING PLAINTIFF CHEN'S MOTION
TO SEAL - 3
2:16-cv-01877-JLR