HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN et al.,

    Plaintiffs,

vs.

NATALIE D'AMICO, et al.,

    Defendants.

CIVIL ACTION No. 2:16-cv-01877-JLR

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER LENGTH BRIEF

NOTE ON MOTION CALENDAR: APRIL 1, 2019

THIS MATTER has come before this Court on Susan Chen's Motion to File Over Length Brief ("Motion"). The Court has reviewed and considered the Motion to file Over Length Brief, and any and all other papers filed in support, in opposition, in reply, or otherwise in connection with the Motion. The Court is otherwise fully apprised and informed in all respects as to the matters herein. Now, therefore, IT IS HEREBY ORDERED as follows:

The Motion to file Over Length Brief is GRANTED. Ms. Chen is permitted six (6) additional pages for her opposition brief, for a total of thirty (30) pages.

IT IS SO ORDERED this 1st day of April, 2019.

_____
Honorable James L. Robart

ORDER GRANTING MOTION
TO FILE OVER LENGTH BRIEF - 1 -
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1 | Presented by:

2 | **DORSEY & WHITNEY LLP**

3 | /s/ Shawn Larsen-Bright
4 | Shawn Larsen-Bright, WSBA # 37066
Nathan Alexander, WSBA #37040
5 | 701 Fifth Avenue, Suite 6100
Seattle, WA 98104
6 | Tel. 206-903-8800
7 | larsen.bright.shawn@dorsey.com
alexander.nathan@dorsey.com
8 | *Court-Appointed Attorneys for Plaintiff Susan Chen, individually, as parent/guardian for*
9 | *J.L. and as FRCP 17 Guardian Ad Litem for J.L.*

ORDER GRANTING MOTION
TO FILE OVER LENGTH BRIEF - 2 -
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820