Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, an individual; NAIXIANG LIAN, an individual; J.L., a minor child; and L.L., a minor child,<br><br>                   Plaintiffs,<br><br>vs.<br><br>NATALIE D'AMICO, et al.,<br><br>                   Defendants. | No. 2:16-cv-01877 JLR<br><br>(~~PROPOSED~~) ORDER GRANTING PLAINTIFF NAIXIANG LIAN'S MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF<br><br>NOTED ON MOTION CALENDAR: APRIL 3, 2019 |

THIS MATTER came before the Court upon the motion of Plaintiff Lian for leave to file over length brief.  requests that he be allowed an additional six pages to respond to the City Defendants' motion for summary judgment.

IT IS ORDERED that Mr. Lian's motion for leave to file over length brief is granted. Mr. Lian is permitted six additional pages for his opposition brief, for a total of thirty pages.

(PROPOSED) ORDER GRANTING PLAINTIFF
NAIXIANG LIAN'S MOTION FOR LEAVE TO FILE
OVER LENGTH BRIEF - 1

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

1  IT IS SO ORDERED.

2  DATED this 5th day of April, 2019.

By: _____
JUDGE JAMES L. ROBART

Presented by:

MYERS & COMPANY, P.L.L.C.

Attorneys for Plaintiff Lian

By: _____
Michael David Myers
WSBA No. 22486
mmyers@myers-company.com
Myers & Company, P.L.L.C.
1530 Eastlake Avenue East
Seattle, Washington 98102
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

(PROPOSED) ORDER GRANTING PLAINTIFF
NAIXIANG LIAN'S MOTION FOR LEAVE TO FILE
OVER LENGTH BRIEF - 2

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188