HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN et al.,

    Plaintiffs,

vs.

NATALIE D'AMICO, et al.,

    Defendants.

CIVIL ACTION NO. 2:16-cv-01877-JLR

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

THIS MATTER having come before this Court on Plaintiff Susan Chen's Motion to Seal ("Plaintiff's Motion");

The Court has considered the following:

1. Plaintiff's Motion to Seal;
2. Declaration of B. Janura with attached exhibits;
3. Declaration of Ivy Chung with attached exhibits;
4. Declaration of Hatha Gbedawo with attached exhibits;

Now, therefore, IT IS HEREBY ORDERED as follows:

Plaintiff's Motion is GRANTED. Exhibits 8, 10, and 12 to the Declaration of B. Janura at DKT No. 161, exhibits A – C to the declaration of Ivy Chung at DKT No. 157, and exhibits A and C to the declaration of Hatha Gbedawo at DKT No. 159 may be filed under seal.

ORDER GRANTING PLAINTIFF CHEN'S
MOTION TO SEAL - 1
2:16-cv-01877-JLR
4852-4876-9411\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

IT IS SO ORDERED this 19th day of April, 2019.

_____
Honorable James L. Robart

Presented by:

DORSEY & WHITNEY LLP

*/s/ Shawn Larsen-Bright*
Shawn Larsen-Bright, WSBA # 37066
Nathan Alexander, WSBA #37040
T. Augustine Lo, WSBA # 48060
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel. 206-903-8800
larsen.bright.shawn@dorsey.com
alexander.nathan@dorsey.com
lo.augustine@dorsey.com

*Attorneys for Plaintiff Susan Chen, individually, as a parent/gaurdian for J.L. and L.L., and as FRCP 17(c) Guardian Ad Litem for J.L.*

ORDER GRANTING PLAINTIFF CHEN'S
MOTION TO SEAL - 2
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820