HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATALIE D'AMICO, et al.,<br><br>    Defendants. | NO. 2:16-cv-01877-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING CITY DEFENDANTS' MOTION TO SEAL |
| NATALIE D'AMICO, et al.,<br><br>    Counterclaimants,<br><br>v.<br><br>SUSAN CHEN, et al.,<br><br>    Counter Defendants. | |

This matter came before the Court on the City Defendants' Motion to Seal ("City Defendants' Motion").

The Court has considered the following:

    1. City Defendants' Motion to Seal;

    2. 2nd Declaration of Daniel Shickich with attached exhibits;

    3. _____;

    4. _____; and

{APR1924329.DOCX;1/00020.050349/ }
[PROPOSED] ORDER GRANTING CITY DEFENDANTS' MOTION
TO SEAL - 1
NO. 2:16-cv-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215


1.    5. _____.

2. The Court now rules as follows:

DKT #167

3. The City Defendants' Motion is GRANTED. Exhibits 2, 3, 6, and 7 to the 2nd Shickich Declaration may be filed under seal.

DATED this 30th day of ~~May~~ April, 2019.

By _____
UNITED STATES DISTRICT JUDGE

Proposed by:
Aaron P. Riensche, WSBA #37202
Geoff J. M. Bridgman, WSBA #25242
Daniel F. Shickich, WSBA #46479
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215
Attorneys for City Defendants

{APR1924329.DOCX;1/00020.050349/ }
[PROPOSED] ORDER GRANTING CITY DEFENDANTS' MOTION TO SEAL - 2
NO. 2:16-cv-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215