UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>                      Plaintiffs,<br>     v.<br><br>NATALIE D'AMICO, et al.,<br><br>                      Defendants. | CASE NO. C16-1877JLR<br><br>ORDER DIRECTING RESPONSES |

Before the court are Plaintiffs Susan (Shiying) Chen, Naixing (Nash) Lian, J.L., and L.L.'s (collectively, "Plaintiffs") motions for reconsideration of the court's order on the motions for summary judgment. (Chen. Mot. (Dkt. # 171); Lian Mot. (Dkt. # 172); *see also* 5/24/19 Order (Dkt. # 170).) Pursuant to Local Rule 7(h)(3), the court directs Defendants City of Redmond and Natalie D'Amico (collectively, "City Defendants") to respond to Plaintiffs' motions for reconsideration by no later than Friday, June 21, 2019. *See* Local Rules W.D. Wash. LCR 7(h)(3). City Defendants' responsive memorandums shall each be no longer than six pages. Plaintiffs' respective replies, if any, shall be filed

by no later than Friday, June 28, 2019, and shall each be no longer than three pages. The court DIRECTS the Clerk to re-note Plaintiffs' motions for reconsideration (Dkt. ## 171, 172) to June 28, 2019.

Dated this 11th day of June, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge