Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | NO. C16-1877 JLR |
| Plaintiffs, | STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY COMPLETION DATE |
| v. | |
| NATALIE D'AMICO, et al., | NOTE FOR HEARING: 09/16/2019 |
| Defendants. | |

BY STIPULATION AND AGREEMENT, the Plaintiffs and the Defendants, by and through their respective counsel of record, request the Court grant the following relief:

1. Extend the discovery completion date from September 16, 2019, the date established by the Court's Minute Order Setting Trial Dates and Related Dates (Minute Order 10/03/2018, Dkt. #102, to October 11, 2019, solely as to the depositions identified below.

2. The requested extension will allow the parties to complete depositions that were properly noted prior to the discovery completion date but which have not yet been able to be completed as a result of scheduling issues, including and limited to: the deposition of plaintiff Susan Chen, which had to be continued due to an emergency requiring her return to China; and the completion of the Rule 30(b)(6) deposition of Defendant DSHS for which the scheduling of witnesses on four topics is in progress.

STIPULATED MOT. & [*PROPOSED*]
ORDER TO EXTEND DISCOVERY
COMPLETION DATE
(C16-1877 JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

3. The parties do not believe the requested extension will interfere with any of the other dates established by the Court's Minute Order of October 3, 2018.

SIGNED AND STIPULATED TO THIS 16th day of September, 2019.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | DORSEY & WHITNEY LLP |
| s/ *Scott M. Barbara*<br>SCOTT M. BARBARA, WSBA #20885<br>Assistant Attorney General<br>Attorneys for State Defendants<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104<br>Tel: 206-389-2033<br>Email: scott.barbara@atg.wa.gov | s/ *Shawn Larsen-Bright*<br>SHAWN LARSEN-BRIGHT, WSBA #37066<br>Attorneys for Plaintiffs Chen and J.L.<br>701 Fifth Ave, Ste 6100<br>Seattle, WA 98104<br>Tel: 206-903-8800<br>Email: larsen.bright.shawn@dorsey.com |
| OGDEN MURPHY WALLACE, PLLC | MYERS & COMPANY, P.L.L.C. |
| s/ *Aaron P. Riensche*<br>AARON P. RIENSCHE, WSBA #37202<br>Attorneys for Redmond Defendants<br>901 Fifth Ave, Ste 3500<br>Seattle, WA 98164<br>Tel: 206-447-7000<br>Email: ariensche@omwlaw.com | s/ *Michael D. Myers*<br>MICHAEL DAVID MYERS, WSBA #22468<br>Attorneys for Plaintiffs Lian and L.L.<br>1530 Eastlake Ave E<br>Seattle, WA 98102<br>Tel: 106-398-1188<br>Email: mmyers@myers-company.com |

**ORDER**

IT IS SO ORDERED.

DATED THIS 17th day of September, 2019.

JAMES L. ROBART
United States District Judge

STIPULATED MOT. & [*PROPOSED*]
ORDER TO EXTEND DISCOVERY
COMPLETION DATE
(C16-1877 JLR)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352