1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | NO. C16-1877 JLR |
| Plaintiffs, | STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INDIVIDUAL STATE DEFENDANTS KEVIN QUIGLEY AND TIMOTHY EARWOOD |
| v. | |
| NATALIE D'AMICO, et al., | |
| Defendants. | **NOTE ON MOTION CALENDAR OCTOBER 7, 2019** |

16    BY STIPULATION AND AGREEMENT, the Plaintiffs and the Defendants, by and

17  through their respective counsel of record, request the Court grant the following relief:

18    1.    All of Plaintiffs' claims, and Plaintiffs' Fourth Amended Complaint, as alleged

19  against Individual State Defendants Kevin Quigley and Timothy Earwood, in their respective

20  individual and official capacities, shall be dismissed, in their entirety, with prejudice; and

21    2.    The dismissal requested above shall be without an award of attorneys' fees or costs

22  to any party.

23  ////

24  ////

25  ////

26  ////

STIPULATED MOT. &
[*PROPOSED*] ORDER TO
DISMISS INDIVIDUAL STATE
DEFS. QUIGLEY & EARWOOD
(C16-1877 JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1    SIGNED AND STIPULATED TO THIS 7th day of October, 2019.

2    ROBERT W. FERGUSON                    DORSEY & WHITNEY LLP
     Attorney General
3

4     _s/ Scott M. Barbara_                  _s/ Shawn Larsen-Bright_
     SCOTT M. BARBARA, WSBA #20885        SHAWN LARSEN-BRIGHT, WSBA #37066
5    Assistant Attorney General           Attorneys for Plaintiffs Chen and J.L.
     Attorneys for State Defendants       701 Fifth Ave, Ste 6100
6    800 Fifth Ave, Ste 2000              Seattle, WA  98104
     Seattle, WA  98104                   Tel:    206-903-8800
7    Tel:    206-389-2033                 Email: larsen.bright.shawn@dorsey.com
     Email: scott.barbara@atg.wa.gov
8

9    OGDEN MURPHY WALLACE, PLLC           MYERS & COMPANY, P.L.L.C.

10

11    _s/ Aaron P. Riensche_                 _s/ Michael David Myers_
     AARON P. RIENSCHE, WSBA #37202       MICHAEL DAVID MYERS, WSBA #22468
12   Attorneys for Redmond Defendants     Attorneys for Plaintiffs Lian and L.L.
     901 Fifth Ave, Ste 3500              1530 Eastlake Ave E
13   Seattle, WA  98164                   Seattle, WA  98102
     Tel:    206-447-7000                 Tel:    106-398-1188
14   Email: ariensche@omwlaw.com          Email: mmyers@myers-company.com

15

16

17

18

19              [~~PROPOSED~~] ORDER

20   IT IS SO ORDERED.

21   DATED THIS  8ᵗʰ day of   October , 2019.

22

23              JAMES L. ROBART
                United States District Judge
24

25

26

STIPULATED MOT. &                2        ATTORNEY GENERAL OF WASHINGTON
[PROPOSED] ORDER TO                                 Torts Division
DISMISS INDIVIDUAL STATE                   800 Fifth Avenue, Suite 2000
DEFS. QUIGLEY & EARWOOD                      Seattle, WA 98104-3188
(C16-1877 JLR)                                  (206) 464-7352

1

**DECLARATION OF SERVICE**

2

I hereby declare that on this 8th day of October, 2019, I caused to be electronically filed

3

the foregoing document with the Clerk of the Court using the CM/ECF system, which will also

4

send notification of such filing to the following parties:

5

Aaron P. Riensche – ariensche@omwlaw.com
Daniel Shickich - dshickich@omwlaw.com,

6

Geoff Bridgman – gbridgman@omwlaw.com
*Attorneys for Defendants D'Amico, Gibson, Wilson and City of Redmond*

7

8

Shawn Larsen-Bright – Larsen.bright.shawn@dorsey.com
Nathan Alexander – alexander.nathan@dorsey.com
T. Augustine Lo – lo.augustine@dorsey.com

9

*Court-Appointed Attorneys for Plaintiff Susan Chen, individually and as Litigation GAL for J.L.*

10

11

Michael D. Myers – mmyers@myers-company.com
*Attorney for Plaintiff Naixiang Lian, individually and as Litigation GAL for L.L.*

12

I declare under penalty of perjury that the foregoing is true and correct.

13

*s/ Scott M. Barbara*

14

SCOTT M. BARBARA, WSBA No. 20885
Assistant Attorney General
800 5th Ave, Ste 2000

15

Seattle, WA 98104
Tel: 206-464-7352

16

Fax: 206-587-4229
Email: scottb2@atg.wa.gov

17

18

19

20

21

22

23

24

25

26

STIPULATED MOT. &
[*PROPOSED*] ORDER TO
DISMISS INDIVIDUAL STATE
DEFS. QUIGLEY & EARWOOD
(C16-1877 JLR)

1