Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | NO. C16-1877 JLR |
| Plaintiffs, | STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO DISMISS INDIVIDUAL STATE DEFENDANT TOM SOULE |
| v. | |
| NATALIE D'AMICO, et al., | NOTE FOR HEARING: 10/15/2019 |
| Defendants. | |

BY STIPULATION AND AGREEMENT, the Plaintiffs and the Defendants, by and through their respective counsel of record, request the Court grant the following relief:

1. All of Plaintiffs' claims, and Plaintiffs' Fourth Amended Complaint, as alleged against Individual State Defendant Tom Soule, in his individual and official capacities, shall be dismissed, in their entirety, with prejudice; and

2. The dismissal requested above shall be without an award of attorneys' fees or costs to any party.

////
////
////
////

STIPULATED MOT. &
[PROPOSED] ORDER TO
DISMISS INDIVIDUAL STATE
DEFENDANT SOULE
(C16-1877 JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

SIGNED AND STIPULATED TO THIS 15th day of October, 2019.

ROBERT W. FERGUSON
Attorney General

DORSEY & WHITNEY LLP

*s/ Scott M. Barbara*
SCOTT M. BARBARA, WSBA #20885
Assistant Attorney General
Attorneys for State Defendants
800 Fifth Ave, Ste 2000
Seattle, WA  98104
Tel:   206-389-2033
Email: scott.barbara@atg.wa.gov

*s/ Shawn Larsen-Bright*
SHAWN LARSEN-BRIGHT, WSBA #37066
Attorneys for Plaintiffs Chen and J.L.
701 Fifth Ave, Ste 6100
Seattle, WA  98104
Tel:   206-903-8800
Email: larsen.bright.shawn@dorsey.com

OGDEN MURPHY WALLACE, PLLC

MYERS & COMPANY, P.L.L.C.

*s/ Aaron P. Riensche*
AARON P. RIENSCHE, WSBA #37202
Attorneys for Redmond Defendants
901 Fifth Ave, Ste 3500
Seattle, WA  98164
Tel:   206-447-7000
Email: ariensche@omwlaw.com

*s/ Michael David Myers*
MICHAEL DAVID MYERS, WSBA #22468
Attorneys for Plaintiffs Lian and L.L.
1530 Eastlake Ave E
Seattle, WA  98102
Tel:   106-398-1188
Email: mmyers@myers-company.com

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED THIS 23rd day of October, 2019.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOT. &
[PROPOSED] ORDER TO
DISMISS INDIVIDUAL STATE
DEFENDANT SOULE
(C16-1877 JLR)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# DECLARATION OF SERVICE

I hereby declare that on this 15th day of October, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will also send notification of such filing to the following parties:

Aaron P. Riensche – ariensche@omwlaw.com
Daniel Shickich - dshickich@omwlaw.com,
Geoff Bridgman – gbridgman@omwlaw.com
*Attorneys for Defendants D'Amico, Gibson, Wilson and City of Redmond*

Shawn Larsen-Bright – larsen.bright.shawn@dorsey.com
Nathan Alexander – alexander.nathan@dorsey.com
T. Augustine Lo – lo.augustine@dorsey.com
*Court-Appointed Attorneys for Plaintiff Susan Chen, individually and as Litigation GAL for J.L.*

Michael D. Myers – mmyers@myers-company.com
*Attorney for Plaintiff Naixiang Lian, individually and as Litigation GAL for L.L.*

I declare under penalty of perjury that the foregoing is true and correct.

*s/ Scott M. Barbara*
SCOTT M. BARBARA, WSBA No. 20885
Assistant Attorney General
800 5th Ave, Ste 2000
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-587-4229
Email: scottb2@atg.wa.gov

STIPULATED MOT. & [PROPOSED]
ORDER TO DISMISS INDIVIDUAL
STATE DEFENDANT SOULE
(C16-1877 JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352