HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN et al.,

Plaintiffs,

vs.

NATALIE D'AMICO, et al.,

Defendants.

CIVIL ACTION NO. 2:16-cv-01877-JLR

**STIPULATED MOTION AND ORDER TO APPOINT SETTLEMENT JUDGE PER LCR 39.1(e)**

NOTE ON MOTION CALENDAR: OCTOBER 21, 2019

## STIPULATION

BY STIPULATION AND AGREEMENT, the Plaintiffs and the Defendants in the above-captioned matter (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows and request that the Court grant the specified relief:

1. The Court's Minute Order Setting Trial Dates and Related Dates require the Parties to attend a settlement conference no later than November 14, 2019 (Dkt #102).

2. The Parties engaged a mediator (Ms. Teresa Wakeen) to attempt mediation, which had been scheduled for October 19, 2019. However, after interactions with counsel, the mediator cancelled the mediation and recommended that the Parties proceed instead through a settlement conference with a judge.

3. Accordingly, the Parties now jointly request that the Court appoint a settlement judge to convene a settlement conference pursuant to Local Civil Rule 39.1(e).

STIPULATED MOTION AND ORDER
TO APPOINT SETTLEMENT JUDGE - 1 -
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

SIGNED AND STIPULATED TO THIS 21st day of October, 2019.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br>*/s/ Scott M. Barbara*<br>Scott M. Barbara, WSBA #20885<br>Assistant Attorney General<br>800 Fifth Ave, Suite 2000<br>Seattle, WA 98104<br>Tel:   206-389-2033<br>Email: scott.barbara@atg.wa.gov<br>*Attorneys for State Defendants* | DORSEY & WHITNEY LLP<br><br>*/s/ Shawn Larsen-Bright*<br>Shawn Larsen-Bright, WSBA #37066<br>701 Fifth Ave, Suite 6100<br>Seattle, WA 98104<br>Tel:   206-903-8800<br>Email: larsen.bright.shawn@dorsey.com<br>*Attorneys for Plaintiffs Chen and J.L.* |
| OGDEN MURPHY WALLACE, PLLC<br><br>*/s/ Aaron P. Riensche*<br>Aaron P. Riensche, WSBA #37202<br>901 Fifth Ave, Suite 3500<br>Seattle, WA 98164<br>Tel:   206-447-7000<br>Email: ariensche@omwlaw.com<br>*Attorneys for Redmond Defendants* | MYERS & COMPANY, P.L.L.C.<br><br>*/s/ Michael David Myers*<br>Michael David Myers, WSBA #22468<br>1530 Eastlake Ave E<br>Seattle, WA 98102<br>Tel:   206-398-1188<br>Email: mmyers@myers-company.com<br>*Attorneys for Plaintiffs Lian and L.L.* |

STIPULATED MOTION AND ORDER
TO APPOINT SETTLEMENT JUDGE   - 2 -
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

IT IS SO ORDERED.

Pursuant to the parties' Stipulation, this case is hereby referred to ~~Magistrate Judge Richard J. Creatura~~, who is hereby appointed to act solely as a settlement judge for a judicial settlement conference, which shall be held no later than November 14, 2019. *The Court ORDERS the parties to coordinate with Magistrate Judge Creatura's staff to schedule a settlement conference* /JLR/

DATED THIS 23rd day of October, 2019.

_____
Honorable James L. Robart

STIPULATED MOTION AND ORDER
TO APPOINT SETTLEMENT JUDGE     - 3 -
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820