# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SUSAN CHEN, *et al.*,

    Plaintiffs,

v.

NATALIE D'AMICO, *et al.*,

    Defendants.

CASE NO. 2:16-cv-01877 JLR

ORDER RE: SETTLEMENT CONFERENCE—NOVEMBER 19, 2019, 9:00 A.M. TO NOON

This matter has been referred to the Honorable J. Richard Creatura for purposes of conducting a settlement conference. Dkt. 196. The settlement conference is scheduled for Tuesday, November 19, 2019 commencing at 9:00 a.m. in Courtroom F.

The parties are ORDERED to submit to Judge Creatura's chambers, but not file, a settlement memorandum no later than 4:30 p.m., Tuesday, November 12. The settlement memorandum shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memorandum but are encouraged to include only those attachments critical to the explanation provided in the memorandum. The memoranda are to be exchanged

between the parties and, at a minimum, are to include (1) the last demand and offer exchanged between the parties; (2) the status of any outstanding case discovery issues; and (3) the status of any outstanding motions. These materials may be emailed to lara_major@wawd.uscourts.gov or delivered to the Clerk's Office, U.S. Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402.

Parties are instructed to bring a person with authority to settle the case on the date of the scheduled settlement conference, unless that person's presence has been excused by the Court.

Dated this 4th day of November, 2019.

J. Richard Creatura
United States Magistrate Judge