HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>NATALIE D'AMICO, et al.,<br><br>       Defendants. | NO. 2:16-cv-01877-JLR<br><br>[~~PROPOSED~~] ORDER TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE<br><br>NOTE ON MOTION CALENDAR: DECEMBER 20, 2019 |
| NATALIE D'AMICO, et al.,<br><br>       Counterclaimants,<br><br>v.<br><br>SUSAN CHEN, et al.,<br><br>       Counter Defendants. | |

This matter came before the Court on the City Defendants' Motion to Dismiss Counterclaims Without Prejudice **(Dkt # 230.) Plaintiffs did not file a response. (See generally Dkt.)**

~~The Court has considered the following:~~

~~1. City Defendants' Motion to Dismiss Counterclaims Without Prejudice;~~

~~2. _____;~~

~~3. _____;~~

~~4. _____; and~~

{DFS2041589.DOCX;2/00020.050349/ }
[PROPOSED] ORDER GRANTING CITY DEFENDANTS' MOTION
TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE - 1
NO. 2:16-cv-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1. ~~5.~~

The Court now rules as follows:

The City Defendants' Motion is GRANTED. The City Defendants' counterclaim for malicious prosecution, based on Plaintiffs' claims for violations of substantive and procedural due process, are DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of Dec., 2019.

By _____
The Honorable James L. Robart
United States District Judge

Proposed by:

OGDEN MURPHY WALLACE, P.L.L.C.

*s/Aaron P. Riensche*
Aaron P. Riensche, WSBA #37202
Geoff J. M. Bridgman, WSBA #25242
Daniel F. Shickich, WSBA #46479
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215
Attorneys for City Defendants

{DFS2041589.DOCX;2/00020.050349/ }
[PROPOSED] ORDER GRANTING CITY DEFENDANTS' MOTION
TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE - 2
NO. 2:16-cv-01877-JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215