Honorable James L. Robart

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATALIE D'AMICO, et al., <br><br> Defendants. | NO. C16-1877 JLR <br><br> STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR AGREED PRETRIAL ORDER AND PRETRIAL CONFERENCE <br><br> NOTE FOR HEARING: 12/20/2019 |

BY STIPULATION AND AGREEMENT, the Plaintiffs and the Defendants, by and through their respective counsel of record, request the Court extend the deadline for filing the Agreed Pretrial Order and conducting the Pretrial Conference.

1. The Court's Minute Order Setting Trial Date and Related Dates, (Dkt. #102), established Monday, December 23, 2019, as the date for filing the Agreed Pretrial Order and for conducting the Pretrial Conference;

2. The parties have been working diligently toward meeting the deadline for filing the Agreed Pretrial Order and preparing for the Pretrial Conference;

3. Between approximately 3:00 p.m. and 3:40 p.m., today, Friday, December 20, 2019, counsel below received the Court's Order and Amended Order Granting in Part and Denying in Part State Defendants' Motion for Summary Judgment, (Dkt. #242);

STIPULATED MOT. & [*PROPOSED*] ORDER TO EXTEND DEADLINE FOR AGREED PRETRIAL ORDER AND PRETRIAL CONFERENCE (C16-1877 JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

4. The Court's Order on the State Defendants' Motion for Summary Judgment dismissed all but the state law negligent investigation claim against DSHS and individual State Defendant Kimberly Danner;

5. The Court's Order changes the landscape of the case for trial and will require the parties to rework how they will present their cases, what witnesses and exhibits may be needed to prosecute and defend the remaining claim, and re-draft the Agreed Pretrial Order;

6. Accordingly, the parties request the Court extend the deadline for the lodging of the Agreed Pretrial Order ~~until Friday, December 27, 2019, or such other date as the Court deems reasonable and can accommodate with the Court's schedule~~ to December 27, 2019, and the Pretrial Conference to January 2, 2019, at 4:30 p.m. No other alterations of the case schedule are requested or anticipated to be needed at this time.

SIGNED AND STIPULATED TO THIS 20th day of December, 2019.

| ROBERT W. FERGUSON<br>Attorney General | DORSEY & WHITNEY LLP |
|---|---|
| s/ Scott M. Barbara<br>SCOTT M. BARBARA, WSBA #20885<br>Assistant Attorney General<br>Attorneys for State Defendants<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104<br>Tel: 206-389-2033<br>Email: scott.barbara@atg.wa.gov | s/ Shawn Larsen-Bright<br>SHAWN LARSEN-BRIGHT, WSBA #37066<br>Attorneys for Plaintiffs Chen and J.L.<br>701 Fifth Ave, Ste 6100<br>Seattle, WA 98104<br>Tel: 206-903-8800<br>Email: larsen.bright.shawn@dorsey.com |

MYERS & COMPANY, P.L.L.C.

s/ Michael David Myers
MICHAEL DAVID MYERS, WSBA #22468
Attorneys for Plaintiffs Lian and L.L.
1530 Eastlake Ave E
Seattle, WA 98102
Tel: 106-398-1188
Email: mmyers@myers-company.com

STIPULATED MOT. &
[PROPOSED] ORDER TO
EXTEND DEADLINE FOR
AGREED PRETRIAL ORDER AND
PRETRIAL CONFERENCE
(C16-1877 JLR)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1

[~~PROPOSED~~] **ORDER**

2   IT IS SO ORDERED.

3   DATED THIS 23rd day of December 2019.

4

5   _____

6   JAMES L. ROBART

7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOT. &
[*PROPOSED*] ORDER TO
EXTEND DEADLINE FOR
AGREED PRETRIAL ORDER AND
PRETRIAL CONFERENCE
(C16-1877 JLR)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# DECLARATION OF SERVICE

I hereby declare that on this 20th day of December, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will also send notification of such filing to the following parties:

Shawn Larsen-Bright – Larsen.bright.shawn@dorsey.com
Nathan Alexander – alexander.nathan@dorsey.com
T. Augustine Lo – lo.augustine@dorsey.com
*Court-Appointed Attorneys for Plaintiff Susan Chen, individually and as Litigation GAL for J.L.*

Michael D. Myers – mmyers@myers-company.com
*Attorney for Plaintiff Naixiang Lian, individually and as Litigation GAL for L.L.*

I declare under penalty of perjury that the foregoing is true and correct.

*s/ Scott M. Barbara*
SCOTT M. BARBARA, WSBA No. 20885
Assistant Attorney General
800 5th Ave, Ste 2000
Seattle, WA 98104
Tel: 206-464-7352
Fax: 206-587-4229
Email: scott.barbara@atg.wa.gov

STIPULATED MOT. & [*PROPOSED*] ORDER EXTENDING DEADLINE FOR AGREED PRETRIAL ORDER AND PRETRIAL CONFERENCE (C16-1877 JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352