|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| SUSAN CHEN, et al.,<br><br>         Plaintiffs,<br>   v.<br><br>NATALIE D'AMICO, et al.,<br><br>         Defendants. | CASE NO. C16-1877JLR<br><br>ORDER GRANTING SUMMARY JUDGMENT AND VACATING THE TRIAL DATE |

On January 2, 2020, Defendants Kimberly Danner and Washington State Department of Social and Health Services ("DSHS") (collectively, "Defendants"), the remaining defendants in this case, filed a "statement" that the court construed as a motion for partial reconsideration of the court's December 20, 2020, summary judgment order. (*See* MFR (Dkt. # 253); *see also* OSC (Dkt. # 254) at 2; MSJ Order (Dkt. # 242).) As ordered by the court, Plaintiffs Susan Chen and Naixiang Lian filed responses on behalf of themselves and their minor children J.L. and L.L. (collectively, "Plaintiffs"). (*See* Chen Resp. (Dkt. # 263); Lian Resp. (Dkt. # 266).) Defendants filed a reply on January

ORDER - 1

1  9, 2020.  (Defs' Reply (Dkt. # 267).)  No party requested oral argument.  (*See* Chen Resp.

2  at 1; Lian Resp. at 1; Defs' Reply at 1.)

3       The court has carefully considered Defendants' motion for reconsideration, the

4  parties' briefing in support of and in opposition to the motion, the record, and the

5  applicable law.  Being fully informed, the court GRANTS Defendants' motion for partial

6  reconsideration (Dkt. # 253), GRANTS summary judgment in favor of Defendants on

7  Plaintiffs' remaining claims in this case, and VACATES the trial date.  A written order

8  setting forth the court's analysis will follow.

9       Dated this 10th day of January, 2020.

12                          JAMES L. ROBART
                             United States District Judge