HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN et al.,

    Plaintiffs,

vs.

NATALIE D'AMICO, et al.,

    Defendants.

CIVIL ACTION NO. 2:16-cv-01877-JLR

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

THIS MATTER having come before this Court on Plaintiffs' Motion to Seal ("Plaintiffs' Motion");

The Court has considered the following:

1. Plaintiff's Motion to Seal;

2. Declaration of Brian J. Janura with attached exhibits;

Now, therefore, IT IS HEREBY ORDERED as follows:

Plaintiff's Motion is GRANTED. Exhibits 1-11 to the Declaration of Brian J. Janura at DKT No. 265, Shall remain ~~may be filed~~ under seal.

[Signed: JLR]

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL - 1
2:16-cv-01877-JLR
4852-4876-9411\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

IT IS SO ORDERED this 22nd day of January, ~~2019~~ 2020.

_____
Honorable James L. Robart

Presented by:

DORSEY & WHITNEY LLP

*/s/ Shawn Larsen-Bright*
Shawn Larsen-Bright, WSBA # 37066
Nathan Alexander, WSBA #37040
T. Augustine Lo, WSBA # 48060
Brian J. Janura, WSBA # 50213
Wendy Feng, WSBA #53590
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel. 206-903-8800
larsen.bright.shawn@dorsey.com
alexander.nathan@dorsey.com
lo.augustine@dorsey.com
janura.brian@dorsey.com
feng.wendy@dorsey.com

*Attorneys for Plaintiff Susan Chen, individually,*
*as a parent/gaurdian for J.L. and L.L.,*
*and as FRCP 17(c) Guardian Ad Litem for J.L.*

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL - 2
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

Michael David Myers
MYERS & COMPANY, PLLC
1530 Eastlake Avenue East
Seattle, WA 98102
E: mmyers@myers-company.com
E: tpak@myers-company.com
E: slin@myers-company.com

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☐ Via Electronic Mail
☒ Via ECF Notification

*Attorneys for Plaintiff Naixiang Lian, individually, and as FRCP 17 Guardian Ad Litem for LL*

Scott M. Barbara
ASSISTANT ATTORNEY GENERAL
Torts Division, Seattle
800 5th Ave., Ste. 2000
Seattle, WA 98104
E: scottb2@atg.wa.gov
E: TORSeaEF@atg.wa.gov
E: stephanied1@atg.wa.gov
E: Audrey.Bell@atg.wa.gov

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☐ Via Electronic Mail
☒ Via ECF Notification

*Counsel for DSHS, Kimberly Danner*

Dated this 8th day of January, 2020.

*/s/ Hannah Richter*
Hannah Richter, Legal Assistant

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL - 3
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820