HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN et al.,

    Plaintiffs,

vs.

NATALIE D'AMICO, et al.,

    Defendants.

CIVIL ACTION No. 2:16-cv-01877-JLR

(~~PROPOSED~~) ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF SUSAN CHEN

NOTE ON MOTION CALENDAR: FEBRUARY 14, 2020

This matter came before the Court upon the motion of Shawn Larsen Bright, Nathan Alexander, T. Augustine Lo, Brian Janura, Wendy Feng, and Dorsey & Whitney LLP to withdraw as counsel for Plaintiff Susan Chen in the above-captioned matter. For the reasons stated in the motion, Shawn Larsen Bright, Nathan Alexander, T. Augustine Lo, Brian Janura, Wendy Feng, and Dorsey & Whitney LLP shall be permitted to withdraw as counsel for Plaintiff Susan Chen (individually and in her capacity as legal guardian ad litem for minor J.L.), and are hereby withdrawn.

IT IS SO ORDERED.

DATED this 14th day of February, 2020.

_____
UNITED STATES DISTRICT COURT
JUDGE JAMES L. ROBART

ORDER GRANTING MOTION
TO WITHDRAW
2:16-cv-01877-JLR
- 1 -

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

PRESENTED BY:

DORSEY & WHITNEY LLP

/s/ Shawn Larsen-Bright
/s/ Nathan Alexander
/s/ T. Augustine Lo
/s/ Brian Janura
/s/ Wendy Feng
Shawn Larsen-Bright, WSBA # 37066
Nathan Alexander, WSBA # 37040
T. Augustine Lo, WSBA # 48060
Brian Janura, WSBA # 50213
Wendy Feng, WSBA # 53590
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel. 206-903-8800
larsen.bright.shawn@dorsey.com
alexander.nathan@dorsey.com
lo.augustine@dorsey.com
janura.brian@dorsey.com
feng.wendy@dorsey.com

*Court-Appointed Attorneys for Plaintiff Susan Chen*

ORDER GRANTING MOTION
TO WITHDRAW
2:16-cv-01877-JLR

- 2 -

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following by the method indicated:

| | |
|---|---|
| Susan Chen<br>17106 Northeast 45th Street<br>Redmond, WA, 98052 | ☐ Via Messenger<br>☐ Via Facsimile<br>☒ Via U.S. Mail<br>☒ Via Electronic Mail<br>☐ Via ECF Notification |
| Aaron P. Riensche<br>Geoff J. M. Bridgman<br>Daniel F. Shickich<br>OGDEN MURPHY WALLACE, PLLC<br>901 5th Ave., Ste. 3500<br>Seattle, WA 98164-2008<br>*Attorneys for Redmond Defendants* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Michael David Myers<br>MYERS & COMPANY, PLLC<br>1530 Eastlake Avenue East<br>Seattle, WA 98102<br>*Attorneys for Plaintiff Naixiang Lian* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Scott M. Barbara<br>ASSISTANT ATTORNEY GENERAL<br>Torts Division, Seattle<br>800 5th Ave., Ste. 2000<br>Seattle, WA 98104<br>*Counsel for State Defendants* | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

Dated this 30th day of January 2020.

/s/ *MollyPrice*
Molly Price, Legal Assistant

ORDER GRANTING MOTION
TO WITHDRAW    - 3 -
2:16-cv-01877-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820