Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, an individual; NAIXIANG LIAN, an individual; J.L., a minor child; and L.L., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>NATALIE D'AMICO, et al.,<br><br>Defendants. | No. 2:16-cv-01877 JLR<br><br>~~(PROPOSED)~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF NAIXIANG LIAN<br><br>NOTED ON MOTION CALENDAR: February 21, 2020 |



THIS MATTER came on for hearing upon the motion of Michael David Myers and Myers & Company, PLLC to withdraw as counsel for Plaintiff Naixiang Lian in the above-captioned matter. For the reasons stated in the motion, Michael David Myers and Myers & Company, PLLC shall be permitted to withdraw as counsel for Plaintiff Naixian Lian (individually and in his capacity as legal guardian ad litem for minor L.L.), and are hereby withdrawn.

*(PROPOSED)* ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL FOR PLAINTIFF
NAIXIANG LIAN - 1

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188

IT IS SO ORDERED.

DATED this 14th day of Feb., 2020.

By: _____
HONORABLE JAMES L. ROBART

Presented by:

MYERS & COMPANY, P.L.L.C.

Attorneys for Plaintiff Lian

By: _____
Michael David Myers
WSBA No. 22486
mmyers@myers-company.com
Myers & Company, P.L.L.C.
1530 Eastlake Avenue East
Seattle, Washington 98102
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

---

*(PROPOSED)* ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF NAIXIANG LIAN - 2

MYERS & COMPANY, P.L.L.C.
1530 EASTLAKE AVENUE EAST
SEATTLE, WASHINGTON 98102
TELEPHONE (206) 398-1188