UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | CASE NO. C16-1877JLR |
| Plaintiffs, | ORDER |
| v. | |
| NATALIE D'AMICO, et al., | |
| Defendants. | |

Before the court is the mandate of the Ninth Circuit Court of Appeals (Mandate (Dkt. # 299)) vacating and remanding this court's orders granting summary judgment for Defendants Washington State Department of Health and Social Services and Kimberly R. Danner (collectively "State Defendants") as to Plaintiffs Susan Chen's and J.L.'s (collectively "Plaintiffs" [1]) claims for (1) negligent investigation during the period

---

[1] Plaintiff Naixing Lian did not appeal his claims.  (9th Cir. Mem. (Dkt. # 297) at 5, n.2). The Ninth Circuit affirmed dismissal as to Plaintiff L.L.'s claims for failure to show sufficient evidence of causation.  (*Id.*)

1   following the shelter care hearing (*see* 12/20/2019 Order (Dkt. # 242)), and (2) negligent

2   infliction of emotional distress during the same period (*see* 1/22/2020 Order (Dkt. # 275)

3   (granting summary judgment on motion for partial reconsideration)).  (*See* 9th Cir.

4   Mem.)  The Ninth Circuit affirmed the court's orders in all other respects.  (*Id*. at 5.)

5          The court ORDERS the parties to meet and confer and file a joint status report that

6   includes:  (1) a proposal for how this matter should proceed in view of the Ninth Circuit's

7   opinion vacating and remanding the matter to this court, and (2) an accompanying

8   timeline for the proposed course of action.

9          The parties shall file their joint status report within twenty-one (21) days of the

10   date of this order.

11          Dated this 9th day of November, 2022.

12

13

14

        JAMES L. ROBART
15        United States District Judge

16

17

18

19

20

21

22

ORDER - 2