UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | CASE NO. C16-1877JLR |
| Plaintiffs, | ORDER |
| v. | |
| NATALIE D'AMICO et al., | |
| Defendants. | |

On December 6, 2022, the court ordered the parties to meet and confer and file a joint status report no later than January 13, 2023 with a proposal for how this matter should proceed and a proposed timeline.  (*See* 12/6/22 Order (Dkt. # 304).)  In response, Defendant Washington State Department of Children Youth and Family ("DCYF")[1] and

---

[1] DCYF is the successor-in-interest to the Washington State Department of Social and Health Services.  *See, e.g.*, RCW 43.216.906.

ORDER - 1

*pro se* Plaintiff Susan Chen have filed separate status reports.[2] (DCYF Status Report (Dkt. # 305); Chen Status Report (Dkt. # 307)). Plaintiff J.L., Ms. Chen's minor son, does not have legal representation and did not file a status report. (*See* Dkt.); *see also Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997) (prohibiting *pro se* parents or guardians from representing a minor child without assistance of counsel).

DCYF and Ms. Chen represent that they held a telephone call on January 11, 2023 but were unable to reach agreement regarding how the matter should proceed or a proposed timeline. (DCYF Status Report at 1-2; Chen Status Report at 2.) Both parties represent that they were unable to reach agreement in large part because Plaintiffs do not yet have, but intend to obtain, legal counsel. (*See* DCYF Status Report at 1-2; Chen Status Report at 1-2.)

In light of Ms. Chen's *pro se* status and limited English proficiency, as well as J.L.'s lack of legal representation, the court grants Plaintiffs an additional 60 days to obtain legal counsel. (*See* Chen Status Report at 1.) Accordingly, the court ORDERS the parties to meet and confer and file a joint status report by no later than **March 18, 2023**, that includes a proposal for how this matter should proceed in view of the Ninth Circuit's opinion vacating and remanding the matter to this court and an accompanying timeline for the proposed course of action.

---

[2] Ms. Chen's filing is noted as a motion to extend the deadline to meet and confer. (*See* Dkt.) The court construes this document as Ms. Chen's response to the court's December 6, 2022 order directing the parties to meet and confer. (*See* 12/6/22 Order.)

1. Dated this 17th day of January, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 3