UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | CASE NO. C16-1877JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| NATALIE D'AMICO, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Susan Chen's motion for an extension of time to respond to the court's April 6, 2023 order directing Ms. Chen to submit certain records for *in camera* review. (Mot. (Dkt. # 318); 4/6/23 Order (Dkt. # 317).) Ms. Chen, who proceeds *pro se* and *in forma pauperis*, states that she missed the court's April 14, 2023 deadline due to illness and has submitted some of the requested documents for *in camera* review on April 20, 2023. (Mot. ¶¶ 3-6, 8.)

MINUTE ORDER - 1

The court is in receipt of Ms. Chen's submission and, for good cause shown, GRANTS her motion for an extension of time to respond (Dkt. # 318). If Ms. Chen has additional records responsive to the court's April 6, 2023 order, she must submit them for *in camera* review no later than April 28, 2023 in conformity with the court's prior order.

Filed and entered this 21st day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2