UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | CASE NO. C16-1877JLR |
| Plaintiffs, | ORDER |
| v. | |
| NATALIE D'AMICO, et al., | |
| Defendants. | |

On April 6, 2023, this court granted Plaintiff Susan Chen's motion to appoint counsel for her minor son, J.L. (4/6/23 Order (Dkt. # 310) at 5-7.) The court concluded that appointment of counsel would serve the interests of justice and conditionally granted Ms. Chen's motion, contingent on this District's Pro Bono Panel's ability to identify an attorney willing to represent J.L. (*Id*.) Pursuant to this District's Pro Bono Plan, *see* General Order No. 16-20, Section 4(b) (Dec. 8, 2020), the court directed the Clerk of Court to identify an attorney from the Pro Bono Panel to represent J.L. for the duration of

ORDER - 1

the action, (4/6/23 Order at 8).  The Clerk has now identified pro bono counsel willing to represent J.L.  Accordingly, the court ORDERS as follows:

1. The court APPOINTS Hari Kumar of Duane Morris LLP, 701 Fifth Avenue, 42nd Floor, Seattle, WA 98104, 415-957-3034, hkumar@duanemorris.com to represent J.L., and no other party in this litigation, for the duration of this action.

2. The court DIRECTS Mr. Kumar to file a Notice of Appearance no later than **May 12, 2023**.

3. If counsel is unable to assume this representation for a reason set forth in the Pro Bono Plan, counsel must file a motion for relief from appointment immediately.  In the event J.L. prevails in this action, appointed counsel may move for an award of attorney's fees under any applicable authority.  However, the court is unable to assure counsel of compensation from any other source.

4. The court ORDERS the parties to meet and confer and file a Joint Status Report no later than **June 30, 2023** that includes a proposal for how this matter should proceed.

5. The court DIRECTS the Clerk to send a copy of this order to Mr. Kumar.

Dated this 26th day of April, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2