**Honorable James L. Robart**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al., | Case No.: 2:16-cv-01877-JLR |
| Plaintiffs, | [~~PROPOSED~~] ORDER APPOINTING NAIXIANG LIAN GUARDIAN AD LITEM FOR PLAINTIFF J.L. |
| v. | |
| NATALIE D'AMICO et al., | |
| Defendants. | |

THIS MATTER came before the Court upon the application of Petitioner Naixiang Lian for appointment as Litigation Guardian for Petitioner's minor child, J.L.

The court finds that J.L. is a minor under the age of fourteen years and may appear in this cause through a Litigation Guardian. The Court also finds that Mr. Lian is a proper and responsible person to be appointed as Litigation Guardian for the purpose of instituting and prosecuting this action on J.L.'s behalf.

NOW, THEREFORE, IT IS ORDERED:

Pursuant to Fed.R.Civ.P. 17(c), the Court appoints Naixiang Lian as Litigation Guardian for purposes of pursuing J.L.'s claims herein.

In the event there is a settlement offer, counsel for Petitioner shall seek the appointment of a settlement guardian ad litem under LCR 17(c).

IT IS SO ORDERED.

DATED: June 27, 2023

_____
Hon. James L. Robart
United States District Judge

[~~PROPOSED~~] ORDER APPOINTING
NAIXIANG LIAN GUARDIAN AD LITEM FOR
PLAINTIFF J.L.
Case No. 2:16-cv-01877-JLR
DM1\14237839.1