UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>           Plaintiffs,<br>    v.<br><br>NATALIE D'AMICO, et al.,<br><br>           Defendants. | CASE NO. C16-1877JLR<br><br>ORDER |

Before the court is the parties' stipulated motion to continue the trial date and all unexpired pretrial deadlines in this matter. (Mot. (Dkt. # 66).) The parties ask the court to continue the trial from its current scheduled date of May 20, 2024 to either "August 23, 2024, or the earliest date thereafter available to the Court."[1] (*Id.* at 1.) The parties seek a continuance because: (1) this case involves voluminous discovery; (2) despite good faith

---

[1] Later in their motion, the parties ask for a different trial date of August 26, 2024. (Mot. at 2.) Regardless of this inconsistency, the court cannot accommodate an August trial. (*See infra.*)

ORDER - 1

1 efforts, pro bono counsel for minor Plaintiff J.L. only recently received complete records
2 for this case after transitioning to a new law firm and losing access to his files; (3) the
3 parties only recently received authorization to move forward with a pro bono mediator;
4 and (4) the parties are now preparing for mediation to take place in March or April of
5 2024. (*Id.* at 1-2.)

6 The court issues scheduling orders setting trial and related dates to provide a
7 reasonable schedule for the resolution of disputes. Pursuant to Federal Rule of Civil
8 Procedure 16(b)(4), "[a] schedule may be modified only for good cause and with the
9 judge's consent." Fed. R. Civ. P. 16(b)(4). Finding good cause, the court GRANTS the
10 parties' stipulated motion to continue the trial date (Dkt. # 66), resets the parties' jury
11 trial to **February 18, 2025** (the court's next available trial date), and resets all pretrial
12 deadlines after and including the dispositive motions deadline. The court DIRECTS the
13 Clerk to issue a revised case schedule that resets these pretrial deadlines based on the new
14 trial date.

15 Dated this 12th day of February, 2024.

JAMES L. ROBART
United States District Judge