HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> NATALIE D'AMICO ET AL., <br><br> Defendant. | Case No.  2:16-CV-01877-JLR <br><br> **ORDER GRANTING STIPULATED MOTION TO SEAL** <br><br> [PROPOSED] |

THIS MATTER having come before the Court on the parties' Stipulated Motion to Seal, and the Court having found good cause and compelling reasons for the requested relief,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Seal is hereby GRANTED.

It is so Ordered.

DATED: October 18, 2024.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED
MOTION SEAL - 1
CASE NO. 2:16-CV-01877-JLR

135654.0001/9744197.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

*Presented by:*

Dated: October 17, 2024

| | |
|---|---|
| By:  *s/ Hari Kumar*<br>    Hari Kumar, WSBA No. 53597<br>    1420 Fifth Avenue, Suite 4200<br>    P.O. Box 91302<br>    Seattle, Washington 98111-9402<br>    Telephone:  206.223.7072<br>    kumarh@lanepowell.com | By:  *s/Susan Chen*<br>    Susan Chen, Pro Se<br>    P.O. BOX 134<br>    REDMOND, WA 98073<br>    tannannan@gmail.com |
| *Attorneys for J.L.* | *Pro Se Plaintiff* |

**ROBERT W. FERGUSON**
**ATTORNEY GENERAL**

By: *s/Scott Barbara*
    Scott M. Barbara, WSBA No. 20885
    Assistant Attorney General
    800 5th Ave., Ste. 2000
    Seattle, WA 98104
    Phone: 206.389.2033
    scottb2@atg.wa.gov

*Counsel for State Defendants*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION SEAL - 2
CASE NO. 2:16-CV-01877-JLR

135654.0001/9744197.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107