UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATALIE D'AMICO, et al.,<br><br>　　　　　Defendants. | CASE NO. C16-1877JLR<br><br>ORDER |

This matter is before the court on Plaintiff Susan Chen's motion to appoint pro bono counsel (Mot. (Dkt. # 354)).

The Court hereby GRANTS Ms. Chen's motion and APPOINTS Colin G. Prince and John Barto McEntire, IV of Connelly Law Offices PLLC, 2301 N. 30th Street, Tacoma, Washington 98403 (cprince@connelly-law.com and jmcentire@connelly-law.com, (253) 593-5100), as pro bono counsel for Ms. Chen pursuant to the Amended Plan of the United States District Court for the Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Actions. *See* General Order 07-23.

ORDER - 1

1    Counsel are DIRECTED to appear in this matter within ten (10) calendar days. If
2   counsel are unable for a reason set forth in the applicable rules to assume this
3   representation, a motion for relief from appointment should immediately be filed with the
4   court.
5    In the event Ms. Chen prevails in this matter, appointed counsel may move for an
6   award of attorney's fees under any applicable authority. The court, however, is unable to
7   assure counsel of compensation from any source.
8    The Clerk is DIRECTED to send a copy of this order to Ms. Chen and to
9   appointed counsel Colin G. Prince and John Barto McEntire, IV.
10    Dated this 22nd day of November, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2