UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>NATALIE D'AMICO, et al.,<br><br>    Defendants. | CASE NO. C16-1877JLR<br><br>ORDER |

Before the court is the parties' stipulated motion to adjust the briefing schedule for the parties' pending summary judgment motions and to grant Plaintiff Susan Chen's *pro bono* counsel access to the sealed records in this case. (Stip. Mot. (Dkt. # 373).) The parties' responses to the respective summary judgment motions are currently due on December 11, 2024, and replies are due on December 18, 2024. (*See* Chen MSJ Dkt. Entry (Dkt. # 364); 11/25/24 Min. Order (Dkt. # 369) (correcting the noting date on Defendants' motion for summary judgment).) The parties' trial date is February 18, 2025. (2/12/24 Order (Dkt. # 343).)

ORDER - 1

1        The parties ask the court to extend the briefing schedule to allow Ms. Chen's new
2 counsel to "get[] up to speed" in this case because it "took time" for her new counsel to
3 access her records from her prior counsel. (Stip. Mot. at 1.) The parties also assert that
4 Ms. Chen's new counsel should be granted access to the sealed documents on the record
5 because they contain evidence related to the pending motions for summary judgment.
6 (*Id.*)

7        The court grants Ms. Chen's new counsel access to the sealed records in this case
8 and adjusts the briefing schedule for the pending motions for summary judgment. The
9 court issues scheduling orders setting trial and pretrial dates to provide a reasonable
10 schedule for the resolution of disputes. (*See* 2/12/24 Min. Order. (Dkt. # 344) (setting
11 trial date and related deadlines).) That schedule generally provides 90 days between the
12 deadline for filing dispositive motions and the trial date. (*See id.*) This 90-day period
13 takes into account: (a) the 28-day lag between the date a party files a motion and the date
14 that motion becomes ripe for the court's consideration, *see* Local Rules W.D. Wash. LCR
15 7(d)(4); and (b) an additional 30 days during which the court endeavors to rule on the
16 motion, *see id.* LCR 7(b)(5). Any reduction in the period between the noting date and
17 trial risks leaving inadequate time for the court to consider the motion and for the parties
18 to consider the court's rulings and plan for trial or an alternative resolution.
19 //
20 //
21 //
22

Accordingly, the court EXTENDS the briefing schedule for the pending motions for summary judgment and GRANTS Ms. Chen's new counsel access to the sealed documents on the record (Dkt. # 373). The parties' responses to the respective motions for summary judgment are due on **December 17, 2024**, and replies are due on **December 23, 2024**. The Clerk is DIRECTED to provide the sealed documents to counsel for Ms. Chen.

Dated this 6th day of December, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 3