UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CHEN, et al.,<br><br>              Plaintiffs,<br>    v.<br><br>NATALIE D'AMICO, et al.,<br><br>              Defendants. | CASE NO. C16-1877JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On February 12, 2024, the court entered an order setting the trial and pretrial deadlines in this case. (2/12/24 Min. Order (Dkt. # 344).) Trial is set for February 18, 2025. (*Id.* at 1.) Motions *in limine*, if any, must be filed by January 7, 2025. (*Id.*) The pretrial conference is set for February 3, 2025. (*Id.*)

//

MINUTE ORDER - 1

1 | The court ORDERS the parties to file their responses to the opposing party's motions *in*
2 | *limine*, if any, by no later than **January 22, 2025.**
3 |     Filed and entered this 20th day of December, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2