THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CHEN, et al.,

Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES, et al.,

Defendants.

Case No. 2:16-cv-01877-JLR

**DECLARATION OF HARI KUMAR IN SUPPORT OF PLAINTIFF J.L.'S SUPPLEMENTAL BRIEFING PURSUANT TO COURT ORDER, DOCKET NO. 500**

I, Hari Kumar, of lawful age, being duly sworn, declare as follows:

1. I am one of the attorneys representing plaintiff J.L., a minor, in the above-captioned matter. I am competent to declare the statements contained herein based upon my own personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of Trial Exhibit 194.

3. Attached hereto as **Exhibit B** is a true and correct copy of Trial Exhibit 107.

4. Attached hereto as **Exhibit C** is a true and correct copy of Trial Exhibit 500.

5. Attached hereto as **Exhibit D** is a true and correct copy of Trial Exhibit 83.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

//

//

**DECL. OF HARI KUMAR ISO PLAINTIFF J.L.'S SUPPLEMENTAL BRIEFING PURSUANT TO COURT ORDER, DOCKET NO. 500** - 1
CASE NO. 2:16-cv-01877-JLR

BALLARD SPAHR LLP
RUSSELL INVESTMENTS CENTER
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

1  Executed on this 20th day of August, 2025, at Seattle, Washington.

*s/ Hari Kumar*
Hari Kumar, WSBA No. 53597

**DECL. OF HARI KUMAR ISO PLAINTIFF J.L.'S SUPPLEMENTAL BRIEFING PURSUANT TO COURT ORDER, DOCKET NO. 500** - 2
CASE NO. 2:16-cv-01877-JLR

BALLARD SPAHR LLP
RUSSELL INVESTMENTS CENTER
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107